HERBERT PATTISON, by Guardian, etc., Respondent, *v.* THE NIAGARA MACHINE COMPANY, Appellant.

(Submitted December 8, 1893 ;  decided December 22, 1893.)

APPEAL from judgment of the General Term of the Superior Court of Buffalo, entered upon an order made the second Monday of December, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*Frank E. Sickels* for appellant.

*Charles F. Witcher* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.